UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE DICKINSON,<br>　　　Plaintiff(s),<br>v.<br>LOUISVILLE LADDER, INC.,<br>　　　Defendant(s). | Case No.: 2:20-cv-00868-RFB-NJK<br>**ORDER**<br>[Docket No. 11] |

Pending before the Court is the parties' proposed discovery plan. Docket No. 11. The presumptively-reasonable discovery period is 180 days measured from the first appearance by a defendant. Local Rule 26-1(b)(1). When calculated properly,[1] the parties here seek a discovery period of 392 days. *See* Docket No. 11 at 3 (seeking discovery cutoff of June 9, 2021); *see also* Docket No. 2 (answer filed on May 13, 2020). The discovery plan reasons that a lengthy extension to the default deadlines is appropriate in light of anticipated pandemic-related delays and unelaborated "complexities" with the claims alleged. Docket No. 11 at 1-2, 3. Such bare assertions do not suffice to more than double the presumptively-reasonable discovery period. Moreover, Defendant seeks to depart from the default structure for expert disclosures with no explanation at all to support that request. *See id.* at 3; *see also* Local Rule 26-1(b)(3).

---

[1] The local rules require this calculation to be made from the date of the defendant's first appearance, Local Rule 26-1(b)(1), but the discovery plan calculates the requested discovery period from the date of the later Rule 26(f) conference, *see* Docket No. 11 at 3.

1

Accordingly, the discovery plan is **DENIED** without prejudice. An amended discovery plan must be filed by July 1, 2020.

IT IS SO ORDERED.

Dated: June 25, 2020

                                                                        _____
Nancy J. Koppe
United States Magistrate Judge